**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LABARRON WILEY, | : |
| Plaintiff, | : |
| vs. | :    CA 08-0440-KD-C |
| TREADWELL HONDA and BENJAMIN JACKSON, | : |
| | : |
| Defendants. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 17, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of March, 2009.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**